## MOTION DOCKET

**92–2437.** State ex rel. Isgett v. Gerlach. In Mandamus. On response to show cause order. *Sua sponte*, alternative writ granted.

MOYER, C.J., and COOK, J., dissent and would dismiss the cause.

WRIGHT, J., dissents and would dismiss the cause because relators seek prospective relief.

**94–1831.** State ex rel. Heck v. Kessler. In Mandamus and Prohibition. On request for oral argument. Request denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–2502.** State ex rel. Scripps Howard Broadcasting Co. v. Cuyahoga Cty. Court of Common Pleas, Juv. Div. In Mandamus. On motion to dismiss or, in the alternative, motion for summary judgment. Motion denied; *sua sponte*, alternative writ granted.

**94–2545.** State v. Kretzer. *Montgomery County*, No. 12910. On motion for leave to file delayed appeal. Motion denied.

**94–2588.** State v. Banks. *Franklin County*, No. 94APA02–260. On motion for leave to file delayed appeal. Motion denied.

**94–2594.** State v. Cannon. *Clermont County*, No. CA93–06–044. On motion for leave to file delayed appeal. Motion denied.

**94–2606.** State v. Grandberry. *Lorain County*, No. 94CA005781. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY and PFEIFER, JJ., dissent.

COOK, J., not participating.

**94–2608.** State v. Paige. *Cuyahoga County*, No. 64711. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**94–2610.** State v. Barnett. *Montgomery County*, No. 14019. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.